UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.   ) | No. 2:20 CR 149 |
| ) | |
| CLIFF DEREK URBAN   ) | |

### O R D E R

Defendant Cliff Urban filed an amended motion to dismiss the indictment. (DE # 125.) This court referred the matter to Magistrate Judge Joshua P. Kolar for a report and recommendation (DE # 143), who conducted a hearing (DE # 128), and subsequently recommended denial of the motion to dismiss (DE # 144). The parties were informed on April 14, 2023, that pursuant to 28 U.S.C. § 636(b)(1), any objections not filed within 14 days would be waived. (*Id.*) No objections were filed.

For the foregoing reasons, the court **ADOPTS** Magistrate Judge Kolar's Report and Recommendation (DE # 144) and **DENIES** defendant's amended motion to dismiss. (DE # 125.)

SO ORDERED.

Date: May 1, 2023

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT